UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

vs.

D-13, Kimberly Gordon,

        Defendant.

Criminal No. 15-cr-20609

Honorable Robert H. Cleland

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

Pursuant to 21 U.S.C. § 853(a)(2) and Fed.R.Crim.P. 32.2, and based upon Defendant Kimberly Gordon's guilty plea to Count Three of the Fourth Superseding Indictment, the contents of Defendant's Rule 11 Plea Agreement, the Government's Application for Entry of Preliminary Order of Forfeiture, and other information in the record, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.    Defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of his violations of 21 U.S.C. §§ 846 and 841(a)(1), and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of

Defendant's violation of 21 U.S.C. §§ 846 and 841(a)(1), which includes the following:

**Cellular Phones**

    a.    One (1) LG Cell Phone, Serial No. 505CYUKJ0044774;

    b.    One ZTE Cell Phone, Serial No. 325253602857; and

    c.    One (1) LG Cell Phone, Serial No. 602KPVH278191

(hereinafter referred to as "Subject Property")

2.    Upon entry of this Preliminary Order of Forfeiture, the United States Attorney General or his designee is authorized to commence any applicable proceeding to comply with the statutes governing third party rights, including giving notice of this Order.

3.    Pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Preliminary Order of Forfeiture and of its intent to dispose of the Subject Property in such manner as the Attorney General may direct on www.forfeiture.gov for at least thirty (30) consecutive days. Said notice shall direct that any person, other than the Defendant, asserting a legal interest in the Subject Property, may file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. The petition shall be for a hearing before the Court alone, without a jury and in

accordance with 21 U.S.C. § 853(n), to adjudicate the validity of the petitioner's alleged interest in the Subject Property. Pursuant to 21 U.S.C. § 853(n), any petition filed by a third party asserting an interest in the Subject Property must be signed by the petitioner under penalty of perjury and must set forth the nature and extent of the petitioner's alleged right, title or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the Subject Property, any additional facts supporting the petitioner's claim, and the relief sought. Pursuant to 21 U.S.C. § 853(n), the United States may also, to the extent practicable, provide direct written notice to any person or entity known to have an alleged interest in the Subject Property.

4. The United States is hereby authorized, pursuant to 21 U.S.C. § 853(n) and Federal Rules of Criminal Procedure 32.2 (c), to conduct any discovery in the ancillary proceeding in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is proper and desirable.

5. Pursuant to 21 U.S.C. § 853(n), following the Court's disposition of any petitions for ancillary hearing, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n) for the filing of third party petitions, the United States shall have clear title to the Subject Property, all other interests in the Subject Property shall be FORFEITED to the United States, this Order shall become the Final Order of Forfeiture as provided by Federal Rule of Criminal

Procedure 32.2(c)(2), and the United States shall be authorized to dispose of the Subject Property as prescribed by law.

6. This Order shall become final as to Defendant at the time it is entered.

7. The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED.**


Dated: May 20, 2019

　　　　　　　　　　　　　　　　　　s/Robert H. Cleland
　　　　　　　　　　　　　　　　　　Robert H. Cleland
　　　　　　　　　　　　　　　　　　United States District Judge